NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SARAH E. GERDES (Cal. Bar No. 306015)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4699
    Facsimile: (213) 894-0141
    E-mail:    sarah.gerdes@usdoj.gov

Attorneys for Respondent
FELIPIE MARTINEZ

**FILED**
CLERK, U.S. DISTRICT COURT

APR 21, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____IB_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| OLIVER BOLING, | No. CV 20-00993-ODW(AFM) |
|---|---|
| Petitioner, | <u>ORDER DISMISSING PETITION AS MOOT</u> |
| v. | |
| FELIPIE MARTINEZ, Warden, | |
| Respondent. | |

    This Court has read and considered respondent's notice of petitioner's passing and request to dismiss the petition as moot,

//

//

//

//

filed on April 20, 2020.  Based on the information provided therein, the Court dismisses the petition as moot.

    IT IS SO ORDERED.

April 21, 2020
DATE

THE HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
SARAH E. GERDES
Assistant United States Attorney

2